UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY LEE STEWART,
        Plaintiff,        No. 2:16-cv-1132 TLN AC P

vs.

E. ACOSTA, et al.
        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

    Tracy Lee Steward, inmate #D-43810, a necessary and material witness in a settlement conference in this case on November 8, 2018, is confined in California State Prison, Los Angeles County, 44750 60th Street West, Lancaster, CA 93536, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Carolyn K. Delaney, 8th Floor, Courtroom #24, United States District Courthouse, 501 I Street, Sacramento, California 95814 on Thursday, November 8, 2018 at 9:30 a.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court, and thereafter to return the inmate to the above institution;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California 95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Los Angeles County, P. O. Box 8457, Lancaster, California 93539:**

    **WE COMMAND** you to produce the inmate named above to participate in a settlement conference before Magistrate Judge Delaney at the time and place above, until completion of the settlement conference or as ordered by the court, and thereafter to return the inmate to the above institution.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: October 10, 2018

                                            */s/ Allison Claire*
                                            ALLISON CLAIRE
                                            UNITED STATES MAGISTRATE JUDGE