UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY LEE STEWART,<br><br>    Plaintiff,<br><br>v.<br><br>E. ACOSTA, et al.,<br><br>    Defendants. | No. 2:16-cv-1132 TLN AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion to amend the complaint. ECF No. 28.

Leave to amend is to be freely given "when justice so requires." Fed. R. Civ. P. 15(a)(2). However, plaintiff fails to attach the required copy of his proposed amended complaint that would allow the court to determine whether leave to amend would be appropriate. Fed. R. Civ. P. 15; L.R. 137(c).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend (ECF No. 28) is denied without prejudice to a motion that is accompanied by a proposed amended complaint.

DATED: December 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE